# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

April 8, 2005

TO: COUNSEL

RE: Genentech, Inc., et al. v. Wyeth, et al.
Civil Action No. 03-1160 GMS

Dear Counsel:

Please submit a jointly prepared status report regarding the above-referenced case, via electronic case filing, by April 22, 2005.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager