# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENENTECH, INC. and<br>BAYER HEALTHCARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 03-1160-GMS |
| v. | ) ) | |
| WYETH and<br>GENETICS INSTITUTE, LLC, | ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The Court has requested that the parties submit a joint status report regarding this case. The parties have conferred and jointly state as follows: The parties have agreed in principle to a resolution of this matter, and are working to finalize the agreement. Upon completion of the agreement, the parties expect to file a stipulation of dismissal.

/s/ Francis DiGiovanni
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141

Attorneys for Plaintiffs

Dated: April 22, 2005

/s/ Josy W. Ingersoll
Josy W. Ingersoll (#1088)
YOUNG CONAWAY STARGATT
& TAYLOR LLP
The Brandywine Building
1000 West Street
Wilmington, Delaware 19801
(302) 571-6672

Attorneys for Defendants

392073_1