# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and ) <br> BAYER HEALTHCARE LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WYETH and ) <br> GENETICS INSTITUTE, LLC, ) <br> ) <br> Defendants. ) | C.A. No. 03-1160-GMS |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between plaintiffs Genentech, Inc. and Bayer Healthcare LLC and defendants Wyeth and Genetics Institute, LLC, through their respective counsel, as follows:

1. Plaintiffs hereby dismiss this action and all claims made herein with prejudice;

2. Defendants hereby dismiss all claims and counterclaims made herein with prejudice; and

3. Each party shall bear its own costs and attorneys' fees.

/s/ Francis DiGiovanni
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141

Attorneys for Plaintiffs

Dated: October 12, 2005

/s/ Josy W. Ingersoll
Josy W. Ingersoll (#1088)
YOUNG CONAWAY STARGATT
  & TAYLOR LLP
The Brandywine Building
1000 West Street
Wilmington, Delaware 19801
(302) 571-6672

Attorneys for Defendants

415168v1